diamantinoconceiacoind

LEONARDO M. RAPADAS
United States Attorney
RYAN M. ANDERSON
Special Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

ORIGINAL

FILED
DISTRICT COURT OF GUAM
AUG - 1 2007
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00068 |
| Plaintiff, | **INDICTMENT** |
| vs. | **RECEPTION OF STOLEN GOVERNMENT PROPERTY** |
| DIAMANTINO CONCEIACO, JR., | [18 U.S.C. § 641] |
| Defendant. | |

THE GRAND JURY CHARGES

Beginning on or about February 2007 and continuing up to on or about March 8, 2007, in the District of Guam, the defendant, DIAMANTINO CONCEIACO, JR., willfully and knowingly, did receive, conceal and retain stolen property of the United States, that is, United States currency from the Navy Exchange, Guam, of a value of in excess of $1,000, with intent to convert said property to his own use, the defendant, DIAMANTINO CONCEIACO, JR., then

//
//
//

ORIGINAL

knowing said property to have been stolen, in violation of Title 18, United States Code, Section 641.

DATED this __1__ day of August 2007.

A TRUE BILL.

_[signature redacted]_
Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _/s/ Ryan M. Anderson_
RYAN M. ANDERSON
Special Assistant U.S. Attorney

Approved:

By: _/s/ Jeffrey J. Strand_
JEFFREY J. STRAND
First Assistant U.S. Attorney

- 2 -

# Criminal Case Cover Sheet

**U.S. District Court**

**Place of Offense:**
City _____ Hagåtña _____
Country/Parish _____

**Related Case Information:**
Superseding Indictment _____ Docket Number **07-00068**
Same Defendant _____ New Defendant __x__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes _____ No __X__  Matter to be sealed: _____ Yes __x__ No

Defendant Name ___DIAMANTINO CONCEIACO, JR___

Alias Name _____

Address _____

___Tamuning, Guam___

Birthdate __Xx/xx/1984__ SS# __xxx-xx-1294__ Sex __M__ Race __A__ Nationality __Filipino__

**U.S. Attorney Information:**

SAUSA ___Ryan M. Anderson___

**Interpreter:** __X__ No ___ Yes  List language and/or dialect: _____

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

**RECEIVED AUG -1 2007 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**U.S.C. Citations**

Total # of Counts: __1__  _____ Petty _____ Misdemeanor __X__ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 USC 641 | Reception of Stolen Government Property | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: __7/24/07__  Signature of AUSA: _[signature]_