AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM _____

FILED
DISTRICT COURT OF GUAM
AUG - 2 2007
MARY L.M. MORAN
CLERK OF COURT

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>DIAMANTINO CONCEIACO, JR.,<br><br>(Name and Address of Defendant) | SUMMONS IN A CRIMINAL CASE<br><br>Case Number: CR-07-00068 |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>District Court of Guam<br>3rd Floor, U.S. Courthouse, 520 West Soledad Avenue<br>Hagatna, Guam 96910 | Room |
|---|---|
| | Date and Time<br>Friday August 10, 2007 at 1:30 p.m. |
| Before: MAGISTRATE JUDGE JOAQUIN V.E. MANIBUSAN, JR. | |

To answer a(n)

X Indictment  ☐ Information  ☐ Complaint  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ **Violation Notice**

**Charging you with a violation of** _____ 18 _____ **United States Code, Section(s)** _____ 641 _____

**Brief description of offense:**

**RECEPTION OF STOLEN GOVERNMENT PROPERTY**


**WALTER M. TENORIO, Deputy Clerk**
Name and Title of Issuing Officer

*[signature]*
Signature of Issuing Officer

_____ August 1, 2007 _____
Date

ORIGINAL

AO83 (Rev. 10/03) Summons in a Criminal Case

# RETURN OF SERVICE

Service was made by me  Date  8/2/07

### Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: USMS D/4u office

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned  8/2/07
         Date

J. Salas
Name of United States Marshal

[signature]
(by) Deputy United States Marshal

Remarks:

AO83 (Rev. 10/03) Summons in a Criminal Case

1 As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.