**IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
CHANGE OF PLEA**

CASE NO.: CR-07-00068-001 　　　　　　　　　DATE: September 07, 2007

---

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber 　　　　　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez 　　　Electronically Recorded: 10:34:56 - 10:57:46
CSO: N. Edrosa

---

**APPEARANCES:**

Defendant: Diamantino Conceiaco, Jr. 　　　　Attorney: Jacqueline Terlaje on behalf of Joaquin C. Arriola, Jr.

　Present　Custody　Bond　P.R. 　　　　　　Present　Retained　FPD　CJA

U.S. Attorney: Ryan Anderson 　　　　　　U.S. Agent:
U.S. Probation: Maria Cruz 　　　　　　　U.S. Marshal: D. Punzalan
Interpreter: 　　　　　　　　　　　　　　Language:

---

**PROCEEDINGS: Change of Plea**
- Defendant sworn and examined.
- Plea entered: Guilty
- Plea: Accepted.
- Sentencing set for: December 6, 2007 at 9:30 a.m.
- Draft Presentence Report due to the parties: 11/1/2007
- Response to Presentence Report: 11/15/2007
- Final Presentence Report due to the Court: 11/22/2007
- Defendant released as previously ordered by this Court.

NOTES: