# UNITED STATES DISTRICT COURT

DISTRICT OF         GUAM

**UNITED STATES OF AMERICA**

V.

**DIAMANTINO CONCEIACO, JR.**

**NOTICE**

CASE NUMBER: **CR-07-00068-001**

TYPE OF CASE:

☐ CIVIL      **X** CRIMINAL

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  |  |
|  | DATE AND TIME |

TYPE OF PROCEEDING

**SENTENCING**

**X TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 | December 6, 2007 at 9:30 A.M. | December 13, 2007 at 8:30 A.M. |

JEANNE G. QUINATA, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

November 23, 2007        Virginia T. Kilgore
DATE        /s/ (BY) DEPUTY CLERK

TO:    U.S. Attorney's Office
        Law Offices of Federal Public Defender
        U.S. Probation Office
        U.S. Marshals Service