# UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

United States of America

**NOTICE**

V.

Diamantino Conceiaco, Jr.

CASE NUMBER: CR-07-00068-001

TYPE OF CASE:

☐ **CIVIL**   X **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

Sentencing

X **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | RESCHEDULED TO DATE AND TIME |
|---|---|---|
| **District Court of Guam 4th Floor, U.S. Courthouse 520 West Soledad Avenue Hagåtña, GU 96910** | **Thursday, December 13, 2007 at 8:30 a.m.** | **Friday, January 4, 2008 at 9:30 a.m.** |

**JEANNE G. QUINATA, CLERK OF COURT**
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

**December 12, 2007**   /s/ Leilani R. Toves Hernandez
DATE   (BY) DEPUTY CLERK

TO:   U.S. Attorney's Office
    Joaquin C. Arriola, Jr., Esq.
    U.S. Probation Office
    U.S. Marshals Service