**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**SENTENCING**

CASE NO.: CR-07-00068  DATE: January 10, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Sara Weber  Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore/Carmen B. Santos  Electronically Recorded: 8:50:01 - 9:04:07
CSO: J. McDonald

**APPEARANCES:**
Defendant: Diamantino Conceiaco, Jr.  Attorney: Jacquellne Terlaje for Joaquin C. Arriola, Jr.
☑ Present ☐ Custody ☐ Bond ☑ P.R.  ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Ryan Anderson  U.S. Agent:
U.S. Probation: Carleen Borja  U.S. Marshal: V. Roman
Interpreter:  Language:

**PROCEEDINGS: Sentencing**
- Defendant sentenced to probation for a term of 3 years, with conditions (refer to Judgment for conditions). Court stated that if defendant is in compliance and has paid his restitution in full, defendant's probationary period of 3 years may be terminated.
- Fine of $250.00 imposed by the Court.
- Defendant ordered to pay restitution in the amount of $2,331.00
- Defendant was ordered to pay a special assessment fee of $100.00 to be paid immediately after sentencing.
- Court stated the justification of the sentence imposed.
- Defendant advised of appeal rights.
- Mr. Anderson instructed to provide defendant's letter of apology to the Navy Exchange.

NOTES: