JACQUELINE TAITANO TERLAJE
JOAQUIN C. ARRIOLA, JR.
ARRIOLA, COWAN & ARRIOLA
259 MARTYR STREET, SUITE 201
C&A BUILDING, HAGÅTÑA, GUAM
P.O. BOX X, HAGÅTÑA, GUAM 96932
TELEPHONE: (671) 477-9730/33
TELECOPIER: (671) 477-9734

**FILED**
DISTRICT COURT OF GUAM

JAN 2 5 2008

**JEANNE G. QUINATA**
**Clerk of Court**

Counsel for Defendant D. Conceiaco

## IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. CR-07-000068 |
| Plaintiff, | ) |
| vs. | ) **STIPULATION TO AMEND JUDGMENT** |
| DIAMANTINO CONCEIACO, | ) |
| Defendant. | ) |

COME NOW the Parties, through undersigned counsel, to Stipulate and Agree to correct page 5 of the Judgment entered in the above-captioned matter on January 17, 2008, pursuant to Rule 59(e) and 60(a) of the Federal Rules of Civil Procedure.

On January 10, 2008, defendant Conceicao was sentenced, and ordered to pay a special assessment fee of $100.00, restitution of $2331.00, and a fine of $250.00. Judgment , p. 4. The Court ordered the defendant to pay the special assessment immediately. Conversely, the Court ordered that the defendant be permitted to pay the fine and restitution over the term of his probation. Upon issuance of Judgment, a clerical mistake occurred requiring the defendant to pay the fine and restitution immediately. Specifically, page 5 of the Judgment provides: "A    x    Lump sum payment of $2,681.00 due immediately."

The Parties hereby STIPULATE and AGREE that the Judgment herein should be corrected

## ORIGINAL

ARRIOLA, COWAN & ARRIOLA, HAGÅTÑA, GUAM 96910

to conform with the Court's order on January 10, 2008, and to correct the clerical mistake on page 5 of the Judgment.

IT IS SO STIPULATED on this 21st day of January, 2008.

_____
**UNITED STATES ATTORNEY, Assistant**

_____
**JACQUELINE TAITANO TERLAJE**
for Joaquin C. Arriola, Jr.
Counsel for Defendant

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Judgment shall be Amended as stipulated herein above.

Dated:_____.

_____
**HONORABLE FRANCES TYDINGCO-GATEWOOD**
**Chief Judge, District Court of Guam**

ARRIOLA, COWAN & ARRIOLA, HAGATNA, GUAM 96910