PROB 12A
(4/07)

# UNITED STATES DISTRICT COURT

for

District of Guam

## Report on Offender Under Supervision

Name of Offender: **Diamantino Conceiaco, Jr.**     Case Number: **CR07-00068-001**

Name of Sentencing Judicial Officer:   Frances M Tydingco-Gatewood

Date of Original Sentence:   January 10, 2008

Original Offense: Theft of Government Property, in violation of 18 U.S.C. §641
Reception of Stolen Government Property

Original Sentence: Three years probation with the following conditions: not commit another federal, state, or local crime; not unlawfully possess a controlled substance; refrain from any unlawful use of a controlled substance and submit to up to two periodic drug tests, thereafter. However, the drug testing condtition is suspended based on the Court's determination that the defendant poses a low isk of future substance abuse. Not possess a firearm, ammunition, destructive device, or other dangerous weapon; cooperate in the collection of DNA as directed by the probation officer; provide the probation officer access to any and all requested financial information and shall not incur any new lines of credit without the permission of the probation officer; pay a $100 special assessment fee; pay a $250 fine; and pay $2,331 in restitution. If the defendant is compliant and has paid his restitution in full, his probationary period of three years may be terminated.

Type of Supervision:   Probation     Date Supervision Commenced:   January 10, 2008

### NONCOMPLIANCE SUMMARY

Violation Number | Nature of Noncompliance

Standard Condition #1 | The defendant was arrested on June 3, 2008.

On June 3, 2008, Mr. Conceiaco was arrested and charged with Burglary, as a second degree felony, and Theft, as a a third degree felony. According to a Declaration, Guam Police Officers responded to a Burglary in progress at the Hawaiian Flour Mills (HFM) Warehouse in the Harmon Industrial Park. Upon arrival, Guam Police Department (GPD) officers met with HFM Assistant Manager Joseph M. San Agustin, who related that he returned to the warehouse and noticed a vehicle belonging to Diamantino Conceicao, Jr. (sic). Mr. San Agustin inspected the area and found 35 fifty-pound bags of Hawn Bakers Flour loaded onto a forklift. San Agustin proceeded outside the building and encountered Conceicao (sic), who admitted to entering the building and attempting to steal the flour. Mr. Conceiaco was subsequently arrested, booked, and confined.

On June 4, 2008, Mr. Conceiaco was brought before Superior Court of Guam Judge Robert Klitzkie on a Magistrate's Complaint, which charged him with Burglary as a second degree felony, and Theft as a third degree felony. He was later released on a $1,000 unsecured bond, with pretrial conditions. On June 12, 2008, the Superior Court of Guam Grand Jury returned an Indictment which charged Mr. Conceicao with Burglary as a second degree felony and Attempted Theft, as a third degree felony. He made his initial appearance on the Indictment on July 2, 2008 and entered a plea of not guilty. Mr. Conceiaco is scheduled to appear for criminal trial setting on July 16, 2008.

The probation officer respectfully requests that the Court review this report as informational and impose no action at this time. The Probation Officer will inform the Court upon disposition of this case.

Reviewed by:                                                    Respectfully submitted,

/s/ CARMEN D. O'MALLAN                         by:     /s/ JUDY ANNE l. OCAMPO
U.S. Probation Officer Specialist                              U.S. Probation Officer
Supervision Unit Leader

Date:     July 7, 2008                                          Date:     July 7, 2008

*No Response is necessary unless the court directs that additional action be taken as follows:*

☐    Submit a Request for Modifying the Condition of Term of Supervision

☐    Submit a Request for Warrant or Summons

☐    No Action.

☐    Other